**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| J.G.A.G., | : | |
| | : | |
| Petitioner, | : | |
| | : | CASE NO.: 7:26-CV-098 (WLS-AGH) |
| v. | : | |
| | : | |
| Warden, IRWIN COUNTY DETENTION CENTER, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

Presently before the Court is Petitioner's Notice of Voluntary Dismissal. Therein Petitioner states he was granted voluntary departure and subsequently departed the United States. (Doc. 10). As a result, the Court finds that Petitioner's Petition for Writ of Habeas Corpus seeking release from the Irwin County Detention Center is now moot. The Court construes Petitioner's notice as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure Rule 41(a)(2). Pursuant to Rule 41(a)(2), an action may be dismissed at the plaintiff's request by court order on terms that the court considers proper. Fed. R. Civ. P. 41(a)(2); *see also Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004) ("Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant."). The Motion is signed by counsel on behalf of Petitioner.

Accordingly, the Court finds dismissal on these terms proper and **ACCEPTS** Petitioner's Notice of Voluntary Dismissal. The above action is **DISMISSED,** without prejudice. Plaintiff's Petition for Writ of Habeas Corpus now being moot, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 30th day of July 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**